No. 95–282. BROOKS ET AL. *v.* UNITED AIRLINES ET AL. Ct. App. Colo. Certiorari denied.

No. 95–301. STONEHENGE INSURED NOTES - I LIMITED PARTNERSHIP ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–309. INTERNATIONAL ALLIANCE OF THEATRICAL AND STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS, AFL–CIO *v.* COMPACT VIDEO SERVICES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–329. DOOLITTLE *v.* NATIONAL CREDIT UNION ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 95–366. REALI ET AL. *v.* FEMINIST WOMEN'S HEALTH CENTER. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–456. RISTOW ET UX. *v.* SOUTH CAROLINA STATE PORTS AUTHORITY ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–459. REPLOGLE *v.* PENNSYLVANIA CIVIL SERVICE COMMISSION. Commw. Ct. Pa. Certiorari denied.

No. 95–467. MARTINEZ-RODRIGUEZ *v.* COLON-PIZARRO ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–469. ATLANTIC RICHFIELD CO. *v.* REBEL OIL CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–470. UNITED EMPLOYER BENEFIT CORP. *v.* OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES ET AL. Ct. App. Ore. Certiorari denied.

No. 95–474. BREEDLOVE *v.* TYSONS MANOR HOMEOWNERS ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–475. SOUTHWALL TECHNOLOGIES, INC. *v.* CARDINAL IG CO. C. A. Fed. Cir. Certiorari denied.